IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DYQUES ANTOIONE WILSON                                                                PLAINTIFF

v.                                                               CIVIL ACTION NO. 3:23-cv-359-CWR-LGI

JOHN DOE                                                                                    DEFENDANT

## FINAL JUDGMENT

In accordance with the Court's Order of Dismissal entered this date,

IT IS, ORDERED AND ADJUDGED that, this civil action is DISMISSED WITHOUT PREJUDICE.

**SO ORDERED AND ADJUDGED**, this the 25th day of September, 2023.

*s/ Carlton W. Reeves*
UNITED STATES DISTRICT JUDGE